AO91 (Rev. 12/03) Criminal Complaint  *Felony*  AUSA

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

FEB 2 4 2020

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Juan Vicente ARELLANO
A212 904 601 United States

**CRIMINAL COMPLAINT**

Case Number: 1:20-MJ-253

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 22, 2020 in Cameron County, in the Southern District Of Texas defendant(s) knowingly, willfully, and in reckless disregard of the fact that six persons were undocumented aliens, did bring in said aliens into the United States at a place other than a designated port of entry by the Secretary of Homeland Security or the Attorney General of the United States,

in violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(i)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On February 22, 2020 at approximately 8:00 p.m., a Remote Video Surveillance System Operator alerted agents to possible traffic near an area known as "PUB Resaca Area" in Brownsville, Texas. Border Patrol Agents responded to the area and were able to locate 7 subjects hiding in the brush near the last seen location. The agents identified themselves and due to totality of the circumstances conducted an immigration inspection. Agents determined that 1 subject, later identified as Juan Vicente ARELLANO, was a United States citizen with no documentation and the 6 other subjects were present in the United States illegally.

All 7 subjects were transported to the Brownsville Border Patrol Station for processing and final disposition. After further investigation, through sworn statements and photo line-ups from material witnesses, it was determined that Juan Vicente ARELLANO was the smuggler who was guiding the group through the brush.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Peterson, Clayton E.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 24, 2020                                                at    Brownsville, Texas
Date                                                                          City/State

Ignacio Torteya III           U.S. Magistrate Judge
Name of Judge                  Title of Judge                       Signature of Judge